# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-1072

_____

United States of America,      *
    *
         Appellee,      *     Appeal from the United States
    *     District Court for the District
    v.      *     of Minnesota.
    *
Roderick Arlyn Sayers, Jr., also known      *         [UNPUBLISHED]
as Mister,      *
    *
         Appellant.      *

_____

Submitted: May 10, 2000

Filed: May 18, 2000

_____

Before WOLLMAN, Chief Judge, FAGG, Circuit Judge, and HENDREN,[*] District
    Judge.

_____

PER CURIAM.

Roderick Arlyn Sayers, Jr. appeals his drug-related conviction. Sayers contends the district court admitted inappropriate evidence under Federal Rule of Evidence 404(b). Sayers also contends the evidence is insufficient to support the jury's verdict. We believe a discussion of the issues presented by this appeal would serve no useful

_____

[*]The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas, sitting by designation.

purpose because the controlling law is clear.  We have carefully considered Sayers's contentions and find them to be without merit.  We thus affirm Sayers's conviction.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.